# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| Audra Houpe, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 5:20-cv-00016-GCM |
| | ) | |
| vs. | ) | |
| | ) | |
| Andrew M. Saul, | ) | |
| | ) | |
| Defendant, | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 26, 2020 Order.

October 26, 2020

*[signature: Frank G. Johns]*

Frank G. Johns, Clerk
United States District Court